JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-00608 MMM (SSx) | Date | March 31, 2010 |
|---|---|---|---|

| Title | *Maria Jaime v. Cash American International, Inc.* |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order Remanding Action to State Court for Lack of Subject Matter Jurisdiction**

On November 30, 2009, plaintiff Marie Jaime filed this action in Los Angeles Superior Court.[1] On January 27, 2010, defendant Cash American International, Inc. removed the action to this court, asserting that the action fell within the court's federal question and diversity jurisdiction.[2] On February 12, 2010, the court ordered defendant to show cause on or before February 26, 2010 why the action should not be remanded to state court for lack of subject matter jurisdiction.[3] To date, defendant has not filed a response to the court's order. For the reasons articulated in the court's order to show cause, the court finds that it lacks subject matter jurisdiction, and remands the action forthwith to Los Angeles Superior Court.

---

[1]Complaint, Exh. A to Notice of Removal, Docket No. 1 (Jan. 27, 2010).

[2]Notice of Removal, Docket No. 1 (Jan. 27, 2010).

[3]Order to Show Cause, Docket No. 5 (Feb. 12, 2010).